*Dated: 5/22/2019*

*Granted in part; the hearing is hereby rescheduled to June 13, 2019, at 10:30 AM. Movant shall give notice of rescheduled hearing date to parties and file a certificate of such service with the Court.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>ELAINA M. GUY,<br><br>    Debtor. | Chapter 13<br>Case No. 19-10051-MSH |
|---|---|

### ASSENTED-TO MOTION TO CONTINUE HEARING

NOW COMES U.S. Bank Trust, N.A., as Trustee of the Tiki Series III Trust as serviced by SN Servicing Corp., and – with the assent of counsel for Elaina M. Guy ("**Debtor**") – respectfully requests that this Court continue the hearing on the <u>Objection of U.S. Bank Trust to Confirmation of Chapter 13 Plan</u>, currently scheduled for May 23, 2019 at 10:30a.m. for a period of two weeks to such date as is convenient for the Court to allow the Debtor time to file an amended plan.

                                                  Respectfully submitted,

                                                */s/ Stephanie E. Babin, Esq.*
                                                Richard C. Demerle, Esq. (BBO# 652242)
                                                Stephanie E. Babin, Esq. (BBO#689167)
                                                Sassoon & Cymrot, LLP
                                                84 State Street
                                                Boston, MA 02109
                                                (617) 720-0099
                                                SBabin@SassoonCymrot.com

DATE: May 22, 2019